In the Matter of the Claim of SUSAN FEGER, Respondent, against INTERNATIONAL RAILWAY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respond-

ent.— Award in death case unanimously affirmed, with costs to the State Industrial Board. The matter of payment to the widow and children of the balance of the disability award of John Feger which had not been paid to him at the time of his death is now before the State Industrial Board for disposition under subdivision 4 of section 15 of the Workmen's Compensation Law. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.